

FILED
CLERK, U.S. DISTRICT COURT

SEP 1 6 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ MBA _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><div align="right">PLAINTIFF</div><br>v.<br><br>LUCIEN WAYNE BURTON,<br><br><div align="right">DEFENDANT(S).</div> | CASE NUMBER<br><br>2:18-cr-00858-DMG<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>September 23</u>, <u>2020</u>, at <u>1:00</u> ☐a.m. / ☒p.m. before the Honorable <u>JOHN D. EARLY, United States Magistrate Judge</u>, in Courtroom <u>6A (Santa Ana) / by VTC</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

*(Other custodial officer)*

Dated: <u>9-16-2020</u>

JOHN D. EARLY
U.S. ~~District Judge~~/Magistrate Judge

---